THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-031-RSL |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION TO WITHDRAW PLEA AND ENTER INTO NEW PLEA AGREEMENT THAT IS COMPLIANT WITH *REHAIF V. UNITED STATES* AND CRIMINAL RULE 11 |
| v. | ) | |
| MARY YELDON, | ) | |
| Defendant. | ) | |

The Court has considered the stipulated motion made by the parties to allow Mary Yeldon to withdraw her plea to one count of Felon in Possession (Docket 26) and to enter into a new plea agreement pursuant to the ruling in *Rehaif v. United States*, No. 17-9560, 588 U.S. ____ (2019).

The Court hereby GRANTS the motion. Ms. Yeldon's plea agreement dated July 5, 2019, is hereby VACATED. A new plea hearing shall be scheduled for July 11, 2019. Ms. Yeldon's sentencing hearing shall remain set on July 12, 2019 at 11:00 AM.

DATED this 10th day of July 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:
s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Mary Yeldon

ORDER TO WITHDRAW PLEA AND ENTER
INTO NEW PLEA AGREEMENT
(*Mary Yeldon*, CR19-031-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100